1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALFRED OSHUN NUNNERY,

11               Plaintiff,                    No.  2:11-cv-0874 KJN P

12          vs.

13    J. LUZADA, et al.,

14               Defendants.               ORDER

15    _____/

16          Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in

17    this action seeking relief pursuant to 42 U.S.C. § 1983.  The United States Marshal has submitted

18    a request for reimbursement of costs incurred as a result of effecting personal service on

19    defendant Luzadas.  (Dkt. No. 20.)

20          On August 24, 2012, the court directed the United States Marshal to serve process

21    upon defendant Luzadas in this case.  (Dkt. No. 15.)  The Marshal was directed to attempt to

22    secure a waiver of service before attempting personal service on defendant.  If a waiver of service

23    was not returned within sixty days, the Marshal was directed to effect personal service on the

24    defendant in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure

25    and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with

26    evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently

1

1  incurred in effecting personal service.

2          On November 20, 2012, the United States Marshal filed a return of service with a

3  USM-285 form, showing total charges of $155.88, for effecting personal service on defendant

4  Luzadas.  The return (Dkt. No. 19) shows that a waiver of service form was mailed to the

5  defendant on September 7, 2012, but no response was received.  On November 7, 2012, the

6  Marshal personally served defendant Luzadas.  (Id.)

7          Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, as

8  follows:

9          An individual, corporation, or association that is subject to service
           under subdivision (e), (f), or (h) and that receives notice of an
10         action in the manner provided in this paragraph has a duty to avoid
           unnecessary costs of serving the summons . . . .

11
           If a defendant located within the United States fails to comply with
12         a request for waiver made by a plaintiff located within the United
           States, the court shall impose the costs subsequently incurred in
13         effecting service on the defendant unless good cause for the failure
           be shown.

14

15  Fed. R. Civ. P. 4(d)(2).

16          The court finds that defendant Luzadas was given the opportunity required by

17  Rule 4(d)(2) to timely waive service, but failed to comply with the request.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1.  The request for reimbursement submitted by the U.S. Marshal (Dkt. No. 20), is

20  granted.

21          2.  Within fourteen days after service of this order, defendant Luzadas shall pay to

22  the United States Marshal the sum of $155.88, unless within that time defendant files with the

23  court a written statement showing good cause for his failure to timely waive service.  The court

24  does not intend to extend this fourteen-day period.

25  ////

26  ////

2

1          3.  The Clerk of Court is directed to serve a copy of this order on the United States

2   Marshal.

3               SO ORDERED.

4   DATED:  November 28, 2012

5

6                                        _____

7                                        KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

8   nunn0874.reimb.costs.usm

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26