UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED OSHUN NUNNERY, | No. 2:11-cv-0874 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. LUZADAS, | |
| Defendant. | |

Plaintiff, a former state prisoner, proceeds in forma pauperis and without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. The parties consented to the jurisdiction of the magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 305(a). (See ECF Nos. 4, 17.)

Although plaintiff has been released from prison (he was most recently incarcerated at High Desert State Prison), he has not filed a notice of change of address. While the court is authorized to dismiss this action due to plaintiff's failure to keep the court appraised of his current address, see Local Rules 182-83, and due to plaintiff's failure to file an opposition to defendant's pending motion for summary judgment (see generally ECF No. 47), the court will accord plaintiff one additional opportunity to appear in this action. The court notes that defendant twice served his motion for summary judgment on plaintiff, initially at High Desert State Prison on December 13, 2013 (see ECF Nos. 38-42), and then, on December 17, 2013, at plaintiff's new address (see

ECF No. 44).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a courtesy copy of the court's most recent order (ECF No. 47), together with a copy of this order, on plaintiff at the following address, provided by defendant's counsel (see ECF Nos. 45-6):

> Mr. Alfred O. Nunnery
> 475 Sonoma Blvd.
> Vallejo CA 94590

2. The Clerk of Court shall not formally modify plaintiff's current address, absent plaintiff filing a notice of change of address and/or further order of this court.

3. Failure of plaintiff to file a notice of change of address, and file and serve an opposition to defendant's motion for summary judgment, within fourteen (14) days after the filing date of this order, shall result in the dismissal of this action.

Dated: March 13, 2014

/nunn0874.crtsy.srvc.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE