UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED OSHUN NUNNERY,<br><br>          Plaintiff,<br><br>     v.<br><br>J. LUZADAS,<br><br>          Defendant. | No.  2:11-cv-0874 KJN P<br><br>ORDER[1] |

       Plaintiff is a former state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's Amended Complaint (ECF No. 11), pursuant to plaintiff's allegations that sole defendant Correctional Officer Luzadas pepper sprayed plaintiff's eyes while plaintiff was restrained.[2]  (ECF No. 11 at 4.)

       On December 13, 2013, defendant filed a motion for summary judgment.[3]  (ECF No. 38.)

---

[1] The parties consented to the jurisdiction of the magistrate judge for all purposes.  28 U.S.C. § 636(c); Local Rule 305(a).  (See ECF Nos. 4, 17.)

[2] On April 16, 2013, the undersigned held a settlement conference in this matter; the parties did not reach an agreement.

[3] Plaintiff was informed, both by the court and by defendant, of the requirements for opposing a motion for summary judgment.  See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).  (See ECF No. 15 at 4-5; ECF No. 39.)

1  Plaintiff was twice served with defendant's motion, initially at his prior place of incarceration,
2  High Desert State Prison (HDSP), on December 13, 2013 (see ECF No. 38 at 26), and
3  subsequently, on December 17, 2013, at the address plaintiff provided to defense counsel after he
4  was paroled (see ECF No. 44).

5  Defendant's counsel informed the court of plaintiff's new lay address.  (See ECF No. 45-
6  6.)  The court notes that plaintiff has not filed a notice of change of address, as required by Local
7  Rule 183(b), but his name no longer appears in the "Inmate Locator" website maintained by the
8  California Department of Corrections and Rehabilitation.

9  Construing the service dates of defendant's motion in plaintiff's favor, plaintiff's
10 opposition to the motion (or statement of non-opposition) was due on or before January 10, 2014.
11 See Local Rule 230(l) (opposition or statement of non-opposition due within 21 days after
12 service); see also Fed. R. Civ. P. 6(d) (according additional 3 days for service).  However,
13 plaintiff did not respond to the motion.  Thereafter, this court twice directed plaintiff to file an
14 opposition to defendant's motion, or a statement of non-opposition.  See Orders filed Feb. 25,
15 2014 (ECF No. 47) (served on plaintiff at HDSP), and March 13, 2014 (ECF No. 48) (served on
16 plaintiff at both HDSP and his lay address).  Both orders were returned from HDSP as
17 "undeliverable," confirming plaintiff's parole.  (See Docket Entries dated March 7, 2014, and
18 March 31, 2014.)

19 The orders (ECF No. 47, 48) served on plaintiff at his lay address were not returned.  (See
20 Docket Entry dated March 13, 2014.)  Significantly, the most recent order, filed March 13, 2014,
21 informed plaintiff that "[f]ailure of plaintiff to file a notice of change of address, and file and serve
22 an opposition to defendant's motion for summary judgment, within fourteen (14) days after the filing
23 date of this order, shall result in the dismissal of this action."  (ECF No. 48 at 2.)  More than fourteen
24 days have passed, and plaintiff has not responded to the court's order or to defendant's motion.
25 ////
26 ////
27 ////
28 ////

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice, <u>see</u> Fed. R. Civ. P. 41(b); and

2. The Clerk of Court is directed to close this case.

Dated: April 3, 2014

nunn0874.nooppo.close

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3